PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
1611 Telegraph Avenue, Ste. 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
JAKI WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKI WALKER, | NO. C07-01133 SI |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| PARSONS BRINCKERHOFF GROUP ADMINISTRATION, INC., ANTHONY DANIELS, in His Individual Capacity, PAUL MORRIS, in His Individual Capacity, and DOES 1 THROUGH 10, | |
| Defendants. | |

The Court having read and considered the parties' Joint Stipulation for Order Continuing the Initial Case Management Conference, and good cause appearing therefore, the Court adopts the following Case Management schedule:

| **EVENT** | **CURRENT DATE** | **PROPOSED DATE** |
|---|---|---|
| Case Management Conference | June 1, 2007 | July ~~20,~~ 27 2007 |

**IT IS SO ORDERED**.

Dated: _____        _____
                                HON. SUSAN ILLSTON
                                UNITED STATES DISTRICT COURT

1148P201SMS         [PROPOSED] ORDER (C07-01133 SI)